**Order entered July 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00807-CV

## IN RE SUMMER INFANT (USA), INC., Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02235-C**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **GRANT** relator's "Motion to Withdraw

Petition for Writ of Mandamus" and **DISMISS** this proceeding.

/s/      CORY L. CARLYLE
JUSTICE